UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER STEVENSON (#509582)** | **CIVIL ACTION** |
| **VERSUS** | |
| | **19-637-BAJ-SDJ** |
| **KEVIN BENJAMIN, ET AL.** | |

ORDER

Before the Court is the plaintiff's Motion (R. Doc. 77) wherein the plaintiff requests that a federal investigation be commenced with regards to the course of the proceedings in this matter. The Court finds no authority for such a request under the circumstances in this civil matter.[1] Accordingly,

**IT IS ORDERED** that the plaintiff's Motion (R. Doc. 77) is **DENIED**.

Signed in Baton Rouge, Louisiana, on January 22, 2021.

SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent the plaintiff is requesting injunctive relief, the plaintiff must establish: (1) a substantial likelihood of prevailing on the merits; (2) a substantial threat of irreparable injury if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) the injunction will not disserve the public interest. *See Ridgely v. Fed. Emergency Mgmt. Agency*, 512 F.3d 727, 734 (5th Cir. 2008). The plaintiff has not addressed any of the aforementioned factors in his Motion.