## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER STEVENSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **KEVIN BENJAMIN, ET AL.** | **NO. 19-00637-BAJ-SDJ** |

### RULING AND ORDER

Before the Court is Defendant Kevin Benjamin's Motion for Summary Judgment (Doc. 88), seeking dismissal of Plaintiff's claim of excessive force on the sole basis that it is time-barred by Louisiana's one-year limitations period for delictual actions, La. C.C. art. 3492. The Magistrate Judge has issued a Report and Recommendation (Doc. 116), recommending that Defendant's Motion be granted, and that judgment be entered in Defendant's favor because the summary judgment evidence shows that more than one year passed between the date Plaintiff alleges that he was attacked by Defendant, and the date Plaintiff signed his original Complaint in this action, accounting for days tolled while Plaintiff exhausted his administrative remedies. The Magistrate Judge further recommends that upon dismissal of Plaintiff's federal excessive force claim, the Court should decline jurisdiction and dismiss any potential state law claims Plaintiff may assert against Defendant. (*Id.* at 7).

Plaintiff filed a timely objection to the Magistrate Judge's Report and Recommendation (Doc. 117), but has not put forth any evidence to show that the Magistrate Judge incorrectly concluded that Plaintiff's action is time-barred.

Having carefully considered the Magistrate Judge's Report and Recommendation, Defendant's Motion, and related filings—including Plaintiff's objection—the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Doc. 88) is **GRANTED**, and that Plaintiff's excessive force claim against Defendant Kevin Benjamin be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims, and that any such claims be and are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all remaining pending motions in this matter (Docs. 95, 112, 114) be and are hereby **TERMINATED**.

Having disposed of all claims in Defendants' favor, the Court will separately issue a final judgment dismissing Plaintiff's action.

Baton Rouge, Louisiana, this 29th day of April, 2021

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2